closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LEE BEHRENDSEN, an individual,<br><br>　　Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; ENVISION WC MB AUTO, LLC, a Delaware Limited Liability Company,<br><br>　　Defendants. | Case No.: 2:24-cv-02408-JFW-AJRx<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: February 16, 2024<br>Removal Filed: March 25, 2024 |

**ORDER**

Upon the review of the signed stipulation submitted to this Court by Plaintiff Bryan Lee Behrendsen, and Defendants Mercedes-Benz USA, LLC and Envision WC MB Auto, LLC,

**IT IS HEREBY ORDERED** that the action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 24, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-1-